■  In the Matter of the Claim of AGAPITO CRUZ, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 16, 1974, which denied claimant's application to reopen and reconsider the board's prior decision filed June 21, 1974 which affirmed the decision of a referee sustaining an initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits because he voluntarily left his employment without good cause. The board's original decision of June 21, 1974 was appealed and, by decision dated December 6, 1974 *(Matter of Cruz [Levine],* 48 AD2d 1010), this court granted a motion to dismiss that appeal. Claimant now seeks to reopen and review the prior decision of the board. Such an application is addressed to the discretion of the board *(Matter of Dixon [Levine],* 41 AD2d 868). No new evidence was submitted on the application to reopen and there is substantial evidence to support the board's original determination. Decision affirmed, without costs. Greenblott, J. P., Kane, Koreman, Larkin and Reynolds, JJ., concur.

■  In the Matter of the Claim of ALICE M. OLACH, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 14, 1974, which affirmed the decision of the referee sustaining the initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits on the ground she voluntarily left her employment without good cause, holding she wilfully made a false statement to obtain benefits for which a forfeiture of eight effective days was imposed and charging her with an overpayment of $131.25 in benefits ruled recoverable. The board's determination of the issues involved in the instant case are factual and depend significantly on questions of credibility which are for the board's resolution if supported by substantial evidence *(Matter of Berkowitz [Levine],* 41 AD2d 791; *Matter of Schlags [Catherwood],* 34 AD2d 597). Since such substantial evidence exists, the board's decision must be affirmed. Decision affirmed, without costs. Greenblott, J. P., Kane, Koreman, Larkin and Reynolds, JJ., concur.